IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT EDWARD VAN WINKLE,

     Appellant,

v.
                             Case No.  5D22-233
                             LT Case No. 2020-CF-002904-A-X

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.